UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


KARLOS LATWAIN HARRIS,

                  Petitioner,                Case No. 1:10-cv-18

v.                                       Honorable Paul L. Maloney

MARY BERGHUIS,

                  Respondent.
_____/

### ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's motion for bond pending disposition of the habeas petition (docket #7) is **DENIED AS MOOT** in light of the Court's judgment issued this date dismissing the petition without prejudice.

**IT IS FURTHER ORDERED** that a certificate of appealability from the judgment issued this date is **DENIED** because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).


Dated: March 5, 2010                  /s/ Paul L. Maloney
                                   Paul L. Maloney
                                   Chief United States District Judge