UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


KARLOS LATWAIN HARRIS,

        Petitioner,        Case No. 1:10-cv-18

v.        Honorable Paul L. Maloney

MARY BERGHUIS,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.


Dated: March 5, 2010                /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  Chief United States District Judge